Brad H. Bearnson (Bar No. 3633)
Wayne K. Caldwell (Bar No. 9466)
Aaron K. Bergman (Bar No. 13147)
BEARNSON & CALDWELL, LLC
399 North Main, Suite 270
Logan, Utah 84321
(435)752-6300 – Telephone
(435)752-6301 - Facsimile
Email: bbearnson@bearnsonlaw.com
Email: wcaldwell@bearnsonlaw.com
Email: abergman@bearnsonlaw.com
Please cc emails to: lwilson@bearnsonlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NICOLE SIEGER, for and on behalf of S.S., a minor; ALONZO LIDDELL and LISA LIDDELL, for and on behalf of J.L., a minor; and KIMBERLY OLSEN, for and on behalf of N.M., a minor,<br><br>Plaintiffs,<br>vs.<br><br>DAVIS COUNTY SCHOOL DISTRICT, a county school district; CASSIE GRETHER, an individual; TRACY NOLAN, an individual; and MARTIN HARDY, an individual,<br><br>Defendants. | Case No. 1:22-cv-0048-DAO<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

This matter comes before the Court pursuant to the parties' Stipulated Motion to Dismiss with Prejudice. With good cause appearing and consistent therewith, the Court hereby ORDERS, ADJUDGES, and DECREES that this case is hereby dismissed, with prejudice, with each party

to bear their own respective fees and costs.

DATED this 24th day of August 2023.

BY THE COURT

Dale A. Kimball, U.S. District Judge